# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | |
|---|---|
| In re:<br>**JENNIFER STEPHANIE BROWN**<br><br>Debtor. | **BANKRUPTCY**<br>**CASE NO.: 11-80625**<br><br>**CHAPTER 13** |
| **JENNIFER STEPHANIE BROWN,**<br><br>Plaintiff,<br><br>v.<br><br>**FREEDOM MORTGAGE CORPORATION,**<br><br>Defendant. | **ADVERSARY PROCEEDING**<br>**CASE NO.: 17-9027** |

## CERTIFICATE OF SERVICE

I, Erica NeSmith, certify that service of the **Summons** issued in this adversary proceeding, together with a copy of the **Complaint**, was made on November 28, 2017, by **Regular US Mail** to:

William P. Miller
Bankruptcy Administrator
101 S. Edgeworth St.
Greensboro, NC 27401

and <u>also</u> by **Certified Mail, Return Receipt Requested**, addressed to:

Freedom Mortgage Corporation
Attn: Managing Agent
907 Pleasant Valley Ave
Mt. Laurel, NJ 08054

Freedom Mortgage Corporation
Attn: Managing Agent
P.O. Box 619063
Dallas, TX 75261-9063

Freedom Mortgage Corporation
Attn: Managing Agent
c/o Loan Care Servicing Center
3637 Sentara Way, Suite 303
Virginia Beach, VA 23452

Freedom Mortgage Corporation
Attn: Managing Agent
c/o CT Corporation System
160 Mine Lake Ct Ste 200
Raleigh, NC 27615-6417

S. Troy Staley
P.O. Box 2505
Fayetteville, NC 28302

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: November 28, 2017

/s Erica NeSmith

Erica NeSmith

1738-D Hillandale Rd.
Durham, NC 27705